216 F.3d 264 (2nd Cir. 2000)
 VERMONT RIGHT TO LIFE COMMITTEE, INC., Plaintiff-Appellant,
v.
WILLIAM H. SORRELL, in his official capacity as Vermont Attorney General; JOHN T. QUINN, in his official capacity as Vermont State's Attorney; WILLIAM WRIGHT, in his capacity as Vermont State's Attorney; DALE O. GRAY, in his/her official capacity as Vermont State's Attorney; JAN PAUL, in his/her official capacity as Vermont State's Attorney; LAUREN BOWERMAN, in her official capacity as Vermont State's Attorney; JAMES HUGHES, in his official capacity as Vermont State's Attorney; LINDA P. EFFEL, in her official capacity as Vermont State's attorney; JOEL W. PAGE, in his official capacity as Vermont State's Attorney; JAMES D. MCNIGHT, in his official capacity as Vermont State's Attorney; JANE WOODRUFF, in her official capacity as Vermont State's Attorney; JAMES P. MONGEON, in his official capacity as Vermont State's Attorney; TERRY TRONO, in his/her official capacity as Vermont State's Attorney; DAN DAVIS, in his official capacity as Vermont State's Attorney; PATRICIA ZIMMERMAN, in her official capacity as Vermont State's Attorney; JAMES F. MILNE, in his official capacity as Vermont Secretary of State; EDWARD W. HAASE, in his official capacity as Vermont Commissioner of Taxes, Defendants-Appellees, VERMONT PUBLIC INTEREST RESEARCH GROUP; COMMON CAUSE/VERMONT; LEAGUE OF WOMEN VOTERS OF VERMONT; RURAL VERMONT; SETH BONGARTZ; CHERYL RIVERS; MARJORIE POWERS, Intervenors-Defendants-Appellees.
 No. 98-9325
 UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
 May 5, 1999, Argued
June 14, 2000, Decided
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE AMENDED OPINION AT 221 F.3d 376.